# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:  :  Case no.: _____19-26658_____

Gabriel Block  :  Chapter: _____7_____

:  Judge: _____Gravelle_____

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
269 Westbrook Drive, Woolwich Township, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 11/13/2019        By: Gary A. Nau

*rev.2/10/17*