```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34 South, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

In Re:

Gabriel Block

Case No.: __19-26658__

Adv. Pro. No.: _____

Chapter: __7__

Hearing Date: __11/19/19__

Judge: __Gravelle__

## ADJOURNMENT REQUEST

1. I, ____Joseph M. Casello____,

   ☒ am the attorney for: ____Gabriel Block____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Motion for an Order Confirming Automatic Stay is Not in Effect__

   Current hearing date and time: __11/19/19 at 10:00 a.m.__

   New date requested: __11/26/19 at 10 a.m.__

   Reason for adjournment request: __To allow Debtor to submit supplemental response.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 11/15/19                              /s/ Joseph M. Casello
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 11/26/19 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*