| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Metropolitan Life Insurance Company | Order Filed on November 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No: 19-26658 CMG

Hearing Date: November 12, 2019

In Re:

Gabriel Block

    DEBTOR(S),

Judge: Christine M. Gravelle

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 12, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>Metropolitan Life Insurance Company</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as 269 Westbrook Drive, Rumson NJ 08085**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-26658-CMG
Gabriel Block                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db             +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities
               Isabella.Stempler@dol.lps.state.nj.us
              James French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA jfrench@mwc-law.com
              Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joseph Casello    on behalf of Debtor Gabriel  Block jcasello@cvclaw.net,    jcasello627@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
               mcohen@mwc-law.com,    jhillier@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net
              Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12