**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34 South, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
**Attorneys for Debtor**
**Joseph M. Casello, Esq.**

### UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| In re: | : | Chapter 7 Case No. 19-26658 |
| Gabriel Block, | : | Judge: Honorable Christine Gravelle, U.S.B.J. |
| Debtor | : | Hearing Date: November 19, 2019 at 10:00 a.m. |

### SUPPLEMENTAL CERTIFICATION OF ERIC R. BRESLIN IN OPPOSITION TO THE STATE OF NEW JERSEY'S MOTION FOR A COMFORT ORDER

Eric R. Breslin, being of full age, does hereby certify to the Court and says:

1. I am a partner in the law firm of Duane Morris LLP, counsel to Respondent Gabriel Block in the State of New Jersey, Bureau of Securities' pending matter against Mr. Block, In Re Gabriel Block (CRD No. 2103543) ("OAL matter").

2. I submit this Certification in support of Mr. Block's opposition to the Motion for an Order Confirming that the Automatic Stay Provisions of 11 U.S.C. §362(a) is not in Effect filed by the State of New Jersey, Bureau of Securities ("Bureau") in Mr. Block's pending Chapter 7 bankruptcy case (Case No. 19-26658). I have personal knowledge of the facts set forth herein.

3. On or about August 15, 2019, in discussions to settle the OAL matter, this firm, as counsel for Mr. Block, offered that Mr. Block is willing to agree to both (a) to give up his agent registration in New Jersey and (b) not to work in the securities industry.

4. Both of these offers were made by counsel for Mr. Block to the Bureau subsequently as well.

I certify the foregoing statements made by me are true and correct. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 11/14/19

_____
Eric R. Breslin