| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** **By: Marisa J. Cohen Esq. (Atty. I.D.#MC2727) 216 Haddon Avenue, Suite 201 Westmont, NJ 08108 856-858-7080** Attorneys for Movant: Citizens Bank NA f/k/a RBS Citizens NA | **Order Filed on November 19, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| IN re: Gabriel Block     Debtor | Case No.: 19-26658-CMG Chapter: 7 Judge: Christine M. Gravelle |

# ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: November 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Gabriel Block
Case No: 19-26658-CMG
Caption of Order:  ORDER VACATING STAY

---

Upon the motion of **Citizens Bank NA f/k/a RBS Citizens NA**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

   14A Packer Avenue, Rumson, New Jersey 07760

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-26658-CMG
Gabriel Block                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Nov 20, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db             +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Alex   Schmidt    on behalf of Creditor    New Jersey Bureau of Securities alex.schmidt@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities
               Isabella.Stempler@dol.lps.state.nj.us
              James   French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA jfrench@mwc-law.com
              Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joseph   Casello    on behalf of Debtor Gabriel  Block jcasello@cvclaw.net,    jcasello627@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
               mcohen@mwc-law.com,    jhillier@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net
              Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13