| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004**<br><br>GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY<br>Division of Law<br>124 Halsey Street, 5th Floor<br>P.O. Box 45029<br>Newark, New Jersey 07101<br>Attorney for THE NEW JERSEY BUREAU OF SECURITIES | Order Filed on December 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GABRIEL BLOCK | Case No.:  19-26658-CMG<br><br>Chapter:  7<br><br>Judge:  CHRISTINE M. GRAVELLE |

**ORDER VACATING THE AUTOMATIC STAY PROVISION OF 11 U.S.C. § 362(a).**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court upon the filing of a motion by creditor, the New Jersey Bureau of Securities ("Bureau"), for an Order seeking Relief from the Automatic Stay, in order to proceed with administrative proceedings currently pending in the New Jersey Office of Administrative Law ("OAL") against debtor Gabriel Block ("Block") for violations of the New Jersey Uniform Securities Law, N.J. Stat. Ann. §§ 49:3-47 to -83 (1997) ("Securities Law")[1]; and the Court finding that it has jurisdiction over the motion; and the Court finding that the Bureau duly provided sufficient notice of this motion; and the Court having considered the papers filed in support of the motion and the opposition thereto, if any; and the Court having heard oral argument; and for the reasons set forth on the record at the conclusion of the hearing on this matter;

**IT IS HEREBY ORDERED** that the automatic stay is vacated to permit the Bureau to resume and prosecute the administrative proceedings currently pending in the OAL.

**IT IS FURTHER ORDERED** that the Bureau, its successors or assignees, may proceed with its rights and remedies resulting from any order entered by the OAL including, but not limited to, any rights allowed by state law.

**IT IS FURTHER ORDERED** that the Bureau may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Bureau shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

---

[1] The OAL matter is In re Gabriel Block (CRD No. 2103543), No. BOS 10204-2019 N (May 15, 2019).