| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004**<br><br>GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY<br>Division of Law<br>124 Halsey Street, 5th Floor<br>P.O. Box 45029<br>Newark, New Jersey 07101<br>Attorney for THE NEW JERSEY BUREAU OF SECURITIES | Order Filed on December 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GABRIEL BLOCK | Case No.:   19-26658-CMG<br><br>Chapter:   7<br><br>Judge:   CHRISTINE M. GRAVELLE |

**ORDER VACATING THE AUTOMATIC STAY PROVISION OF 11 U.S.C. § 362(a).**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court upon the filing of a motion by creditor, the New Jersey Bureau of Securities ("Bureau"), for an Order seeking Relief from the Automatic Stay, in order to proceed with administrative proceedings currently pending in the New Jersey Office of Administrative Law ("OAL") against debtor Gabriel Block ("Block") for violations of the New Jersey Uniform Securities Law, N.J. Stat. Ann. §§ 49:3-47 to -83 (1997) ("Securities Law")[1]; and the Court finding that it has jurisdiction over the motion; and the Court finding that the Bureau duly provided sufficient notice of this motion; and the Court having considered the papers filed in support of the motion and the opposition thereto, if any; and the Court having heard oral argument; and for the reasons set forth on the record at the conclusion of the hearing on this matter;

**IT IS HEREBY ORDERED** that the automatic stay is vacated to permit the Bureau to resume and prosecute the administrative proceedings currently pending in the OAL.

**IT IS FURTHER ORDERED** that the Bureau, its successors or assignees, may proceed with its rights and remedies resulting from any order entered by the OAL including, but not limited to, any rights allowed by state law.

**IT IS FURTHER ORDERED** that the Bureau may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Bureau shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

---

[1] The OAL matter is In re Gabriel Block (CRD No. 2103543), No. BOS 10204-2019 N (May 15, 2019).

United States Bankruptcy Court
District of New Jersey

In re:  
Gabriel Block  
    Debtor

Case No. 19-26658-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 05, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
db             +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:

       Alex Schmidt    on behalf of Creditor    New Jersey Bureau of Securities alex.schmidt@law.njoag.gov  
       Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us  
       James French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA jfrench@mwc-law.com  
       Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com, rjoyce@sh-law.com  
       Joseph Casello    on behalf of Debtor Gabriel Block jcasello@cvclaw.net, jcasello627@gmail.com  
       Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA mcohen@mwc-law.com, jhillier@mwc-law.com  
       Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company rsolarz@kmllawgroup.com  
       Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net  
       Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                 TOTAL: 13