UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on December 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GABRIEL BLOCK,

Case No.: 19-26658

Judge: Hon. Christine M. Gravelle, U.S.B.J.

# ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: December 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Gabriel Block
Case No.: 19-26658 (CMG)
Caption of Order: Order Extending Time To Object To Debtor's Discharge

---

**ORDERED** that the time within which Karen E. Bezner, Trustee and the Office of the United States Trustee may file a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. Section 727 of the Bankruptcy Code, or move to dismiss or convert the case pursuant to 11 U.S.C. Section 707(b) be and the same is hereby extended for a period of ninety (90) days, or through February 24, 2020.