| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | **Order Filed on December 17, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>GABRIEL BLOCK, | Case No.: 19-26658<br><br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

### ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: December 17, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Gabriel Block
Case No.: 19-26658 (CMG)
Caption of Order: Order Extending Time To Object To Debtor's Discharge

---

**ORDERED** that the time within which Karen E. Bezner, Trustee and the Office of the United States Trustee may file a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. Section 727 of the Bankruptcy Code, or move to dismiss or convert the case pursuant to 11 U.S.C. Section 707(b) be and the same is hereby extended for a period of ninety (90) days, or through February 24, 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Gabriel Block  
      Debtor

Case No. 19-26658-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 17, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
db         +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:

         Alex Schmidt    on behalf of Creditor    New Jersey Bureau of Securities alex.schmidt@law.njoag.gov  
         Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities  
          Isabella.Stempler@dol.lps.state.nj.us  
         James French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA jfrench@mwc-law.com  
         Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com,  
          rjoyce@sh-law.com  
         Joseph Casello    on behalf of Debtor Gabriel Block jcasello@cvclaw.net, jcasello627@gmail.com  
         Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA  
          mcohen@mwc-law.com, jhillier@mwc-law.com  
         Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company  
          rsolarz@kmllawgroup.com  
         Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net  
         Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                    TOTAL: 13