Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−26658−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gabriel Block
   14A Packer Avenue
   Rumson, NJ 07760

Social Security No.:
   xxx−xx−6440

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on December 23, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 46 − 43
Order Granting Application to Employ Professional Partners Realty Group as Real Estate Broker (Related Doc # 43). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/23/2019. (rms)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 23, 2019
JAN: rms

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 19-26658-CMG
Gabriel Block    Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 23, 2019
                        Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
r    +Partners Realty Group,   321 Main St.,   Woodbridge, NJ 07095-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

      Alex Schmidt    on behalf of Creditor    New Jersey Bureau of Securities alex.schmidt@law.njoag.gov
      Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
      James French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com, rjoyce@sh-law.com
      Joseph Casello    on behalf of Debtor Gabriel Block jcasello@cvclaw.net, jcasello627@gmail.com
      Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA mcohen@mwc-law.com, jhillier@mwc-law.com
      Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company rsolarz@kmllawgroup.com
      Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net
      Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 13