UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on December 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
GABRIEL BLOCK

Case No.: 19-26658
Chapter: 7
Judge: CMG

## ORDER AUTHORIZING RETENTION OF
## REAL ESTATE BROKER

The relief set forth on the following page is **ORDERED**.

**DATED: December 23, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  __Partners Realty Group__
as  __real estate broker__ , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  321 Main Street
   Woodbridge, New Jersey  07095

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Gabriel Block  
    Debtor

Case No. 19-26658-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 23, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.  
db             +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

         Alex Schmidt    on behalf of Creditor    New Jersey Bureau of Securities alex.schmidt@law.njoag.gov  
         Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us  
         James French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com, rjoyce@sh-law.com  
         Joseph Casello    on behalf of Debtor Gabriel Block jcasello@cvclaw.net, jcasello627@gmail.com  
         Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA mcohen@mwc-law.com, jhillier@mwc-law.com  
         Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company rsolarz@kmllawgroup.com  
         Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net  
         Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 13