UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Gabriel Block

Case No.: 19-26658  
Chapter: 7  
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Jeanne A. Naughton, Clerk  
United States Bankruptcy Court  
United States Courthouse  
402 East State Street  
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __February 25, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
14A Packer Avenue,  
Rumson, New Jersey  
Valued at $1,350,000.00

Liens on property:  
Citizens Bank, $1,090,072.83 as of 09/02/2019;  
Citizens Bank, $132,696.11;  
Costs of sale estimated at 10%, or $130,000.00;  
Total $1,352,768.94

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/  Karen E. Bezner  
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076  
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 19-26658-CMG
Gabriel Block                                                            Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2        Date Rcvd: Jan 24, 2020
                              Form ID: pdf905            Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054
cr              Carol Ann Mireider,    Red Bank, NJ  07701,    UNITED STATES
cr             +New Jersey Bureau of Securities,    153 Halsey Street, 6th Floor,    Newark, NJ 07102-2828
r              +Partners Realty Group,    321 Main St.,    Woodbridge, NJ 07095-1225
cr             +Scarinci & Hollenbeck, LLC,    Attn: Joel R. Glucksman,    1100 Valley Brook Avenue,
                 Lyndhurst, NJ 07071-3620
518434023       American Express,    PO Box 1270,    Newark, NJ 07101-1270
518434025      +Beatriz Block,    36 Peach Tree Lane,    Little Silver, NJ 07739-1809
518434026      +Best Buy,    PO Box 6204,    Sioux Falls, SD 57117-6204
518434027       Best Buy Credit Services,    P.O. Box 6084,    Sioux Falls, SD 57117-6084
518434029      +CFG Merchant Solutions,    201 Route 17 North, Ste. 805,    Rutherford, NJ 07070-2557
518434028      +Carol A Mireider,    c/o Richard Daniel De Vita, Esq.,    Devita & Associates,
                 1228 Garden Street,    Hoboken, NJ 07030-4406
518434030      +Charles Carey,    75 Waterman Avenue,    Rumon, NJ 07760-2038
518434031       Citizens Bank,    Consumer Loan Servicing,    ROP18P,    PO Box 42002,    Providence, RI 02940-2002
518434036      +EZ Pass,    PO Box 4973,    Trenton, NJ 08650-4973
518434037       EZ Pass Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518434034      +Emergency Physicians Associates,    of North Jersey,    1 Riverview Plaza,
                 Red Bank, NJ 07701-1864
518434035      +Erez Law,    1 SE 3rd Avenue, Suite 1670,    Miami, FL 33131-1700
518434040       FINRA,    PO Box 418911,    Boston, MA 02241-8911
518434038      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518434039       Federal Student Aid Programs,    PO Box 7652,    London, KY 40742-7652
518434041      +First Atlantic Federal Credit Union,    468 Industrial Way West,    Eatontown, NJ 07724-2210
518434042      +Gana Weinstein LLP,    345 7th Avenue, 21st Floor,    New York, NY 10001-5033
518434043      +Goodman & Nekvasil, P.A.,    624 1st Ave S.,    Saint Petersburg, FL 33701-4120
518434044      +Guiliano Law Group, P.C.,    1700 Market Street, Suite 1005,    Philadelphia, PA 19103-3920
518434045       HRRG,    PO Box 8486,    Coral Springs, FL 33075-8486
518494466       IC Systems,    P.O. Box 64437,    Saint Paul, MN 55164-0437
518434047      +Israels & Neuman, PLC,    730 17th Street,    Denver, CO 80202-3510
518434048      +John Block,    c/o Beatriz Block,    36 Peach Tree Lane,    Little Silver, NJ 07739-1809
518434049      #+Knight Capital Funding,    1691 Michigan Ave., Ste. 230,    Miami Beach, FL 33139-2566
518434050      +Law Office of Christopher J. Gray, P.C.,    360 Lexington Ave #1400,    New York, NY 10017-6502
518434051      +Loan Depot,    26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808
518494465      +Mauriello Enterprises, Inc.,    39 Main Street,    Farmingdale, NJ 07727-1218
518434054      +NJ Bureau of Securities,    PO Box 47029,    Newark, NJ 07101-8129
518434052      +National Securities,    200 Veesey Street,    New York, NY 10281-1068
518495178       Navesink Electric,    143 North Sunny Crest Drive,    Middletown, NJ 07748
518434053      +Navesink Electric,    143 North Sunnycrest Drive,    Little Silver, NJ 07739-1147
518434055      +North Shore Agency,    A National Collection Agency,    270 Spagnoli Road, Suite 110,
                 Melville, NY 11747-3515
518434056      +Northern Nj Ortho Spec MO,    PO Box 297,    Cedar Knolls, NJ 07927-0297
518434057      +Oakes & Fosher, LLC,    1401 South Brentwood Blvd, Suite 250,    Saint Louis, MO 63144-1441
518434059      +Paul Lieberman, Esq,    Scarinici Hillenback,    331 Newman Springs Road, Bldg 3 #310,
                 Red Bank, NJ 07701-5688
518434060      +Paula Block Bralow,    12 Waterman Avenue,    Rumson, NJ 07760-2017
518434062      +Pennsylvania Turnpike Commission,    TOLL BY PLATE,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
518434061      +Pennsylvania Turnpike Commission,    251 Flinthall Road,    King of Prussia, PA 19406-2686
518434063      +Priority Payments Local Holdings, LLC,    172 Monmouth Street, First Floor,
                 Red Bank, NJ 07701-1164
518434064       Professional Account Management, LLC,    PO Box 1153,    Milwaukee, WI 53201-1153
518434065       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
518434067      +Raymour & Flanigan,    PO Box 731,    Mahwah, NJ 07430-0731
518434068       Riverview Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518434069      +Rumson Department of Public Works,    80 E River Road,    Rumson, NJ 07760-1630
518458440      +Scarinci & Hollenbeck, LLC,    Attn: Joel Glucksman, Esq.,    1100 Valley Brook Ave., PO Box 790,
                 Lyndhurst, New Jersey 07071-0790
518434070      +Silver Law Group,    11780 W Sample Road,    Coral Springs, FL 33065-3141
518434071      +Soreide Law Group PLLC,    2335 E. Atlantic Blvd, Suite 405,    Pompano Beach, FL 33062-5244
518434072      +Stephen A. Aschettino, Esq.,    Loeb & Loeb,    345 Park Avenue,    New York, NY 10154-1895
518434073      +Stradley Ronon Stevens & Young, LLP,    Attn: Matthew B. Johnson, Esq.,
                 100 Park Avenue, Suite 2000,    New York, NY 10017-5546
518434079       TYPHON CONSTRUCTION GROUP LLC,    P.O. Box 223-0233,    Villanova, PA 19085
518434074      +The Atlantic Club,    325 Maple Avenue,    Red Bank, NJ 07701-2104
518434075      +The Law Office of Robert H. Rex, P.C.,    250 NW 4th Diagonal,    Boca Raton, FL 33432-3726
518434076      +The White Law Group,    125 South Wacker Drive,    Suite 300,    Chicago, IL 60606-4421
518434077      +Thomas M. Murphy Law Office,    Thomas M. Murphy, Esq.,    381 Franklin Avenue,
                 Belleville, NJ 07109-1703
518434078       Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
518434080      +Wolper Law Firm,    1250 S. Pine Island Road, Suite 325,    Plantation, FL 33324-4420
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: pdf905          Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15     U.S. Attorney,   970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518434022        E-mail/Text: ally@ebn.phinsolutions.com Jan 25 2020 00:50:47      Ally,   PO Box 380902,
                   Bloomington, MN 55438-0902
518434032       +E-mail/Text: MortgageBKSupport@citizensbank.com Jan 25 2020 00:53:03
                   Citizens One Home Loans,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
518434033       +E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10      Discover,   PO Box 71084,
                   Charlotte, NC 28272-1084
518434046        E-mail/Text: cio.bncmail@irs.gov Jan 25 2020 00:52:35      Internal Revenue Service,
                   P.O. Box 7346,   Philadelphia, PA 19101-7346
518434058       +E-mail/Text: bk-notifications@opco.com Jan 25 2020 00:54:28      Oppenheimer & Co, Inc.,
                   85 Broad Street,   New York, NY 10004-2434
518434066       +E-mail/Text: bankruptcynotices@pch.com Jan 25 2020 00:52:48      Publishers Clearing House,
                   101 Winners Circle,    Port Washington, NY 11050-2218
518434081       +E-mail/Text: bankruptcy@yellowstonecapllc.com Jan 25 2020 00:54:10     Yellow Stone Capital,
                   1 Evertrust Plaza,    Jersey City, NJ 07302-3051
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518434024*       American Express,    P.O. Box 1270,   Newark, NJ 07101-1270
518455144*      +First Atlantic Federal Credit Union,   468 Industrial Way West,    Eatontown, NJ 07724-2210
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
```
          Alex   Schmidt    on  behalf  of  Creditor   New Jersey Bureau of Securities alex.schmidt@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor   Metropolitan Life Insurance Company
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabella Trifilio Stempler    on behalf of Creditor   New Jersey Bureau of Securities
           Isabella.Stempler@dol.lps.state.nj.us
          James   French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
           jfrench@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com,
           rjoyce@sh-law.com
          Joseph   Casello    on behalf of Debtor Gabriel   Block jcasello@cvclaw.net,    jcasello627@gmail.com
          Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
           mcohen@mwc-law.com,    jhillier@mwc-law.com
          Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
           rsolarz@kmllawgroup.com
          Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net
          Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net
          U.S.  Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13
```