Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 19−26658−CMG
    Chapter: 7
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gabriel Block
   14A Packer Avenue
   Rumson, NJ 07760

Social Security No.:
   xxx−xx−6440

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

    You are Noticed that a Transcript has been filed on 3/9/20. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: March 9, 2020
JAN:

                                                 Jeanne Naughton
                                                 Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-26658-CMG
Gabriel Block                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 09, 2020
                              Form ID: tsntc           Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Gabriel Block,    14A Packer Avenue,    Rumson, NJ 07760-2054
cr              Carol Ann Mireider,    Red Bank, NJ   07701,     UNITED STATES
cr             +New Jersey Bureau of Securities,    153 Halsey Street, 6th Floor,    Newark, NJ 07102-2828
r              +Partners Realty Group,    321 Main St.,    Woodbridge, NJ 07095-1225
cr             +Scarinci & Hollenbeck, LLC,    Attn: Joel R. Glucksman,    1100 Valley Brook Avenue,
                 Lyndhurst, NJ 07071-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Alex   Schmidt     on behalf of Creditor    New Jersey Bureau of Securities alex.schmidt@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Bureau of Securities
               Isabella.Stempler@dol.lps.state.nj.us
              James   French    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
               jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Joel R. Glucksman    on behalf of Creditor    Scarinci & Hollenbeck, LLC jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joseph Casello    on behalf of Debtor Gabriel   Block jcasello@cvclaw.net, jcasello627@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Marisa Myers Cohen    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
               ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              Richard Daniel DeVita    on behalf of Plaintiff Carol Ann Mireider rddevita@verizon.net
              Richard Daniel DeVita    on behalf of Creditor Carol Ann Mireider rddevita@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```